AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

UNITED STATES OF AMERICA )
)
*Plaintiff(s)* )
v. ) Civil Action No. 5:18-CV-227-DCR
JEREMY R. WILLOUGHBY, ET AL )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SHIRLEY S. MASTIN A/K/A SHIRLEY S. WILLOUGHBY
125 Courtney Drive
Nicholasville, KY 40356

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    A. George Mason, Jr.
George Mason Law Firm, PSC
3070 Lakecrest Circle
Suite 400, PMB 278
Lexington, KY 40513

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/13/2018

**Robert R. Carr, Clerk**   JJ
*Signature of Clerk or Deputy Clerk*

Civil Action No. 5:18-CV-227-DCR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Shirley S. Mastin aka Shirley S. Willoughby
was received by me on *(date)* May 2, 2018 .

❏ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Service of summons and complaint was made upon named Defendant Shirley S. Mastin aka Shirley S. Willoughby via certified mail on April 26, 2018.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: May 3, 2018

/s/ A. George Mason, Jr.
*Server's signature*

A. George Mason, Jr., Attorney for Plaintiff
*Printed name and title*

George Mason Law Firm, PSC
3070 Lakecrest Circle, Suite 400, PMB 278
Lexington, KY 40513
*Server's address*

Additional information regarding attempted service, etc:

Case 5:18-cv-00227-DCR Doc #: 24-1 Filed: 05/03/18 Page: 2 of 2 - Page ID#: 329

Print  Save As...  Reset

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   **RESTRICTED DELIVERY:**
   **Shirley S. Mastin**
   **a/k/a Shirley S. Willoughby**
   **125 Courtney Drive**
   **Nicholasville, KY 40356**

   9590 9402 3494 7275 8880 23

2. Article Number (Transfer from service label)

   7015 3010 0000 7974 8635

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Shirley Willoughby
C. Date of Delivery: 4-26-18

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

[APR 26 2018 postmark]

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☒ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt