**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**
**CIVIL ACTION NO. 5:17-cv-431-DCR**
*Filed Electronically*

**In re:  117 Wilson Street, Berea, Kentucky 40403**

UNITED STATES OF AMERICA                                                         PLAINTIFF

VS.

NICHOLAS PETERS, ET AL                                                               DEFENDANTS

**RESPONSE TO JULY 6, 2018 ORDER TO SHOW CAUSE**
**\*\*\*\*\*\*\*\*\***

Comes the Plaintiff, by and through counsel, hereby responds to the Court's Show Cause Order [DE 15] entered July 6, 2018 to show as to why this case should not be dismissed for lack of prosecution, as follows:

This case is a mortgage foreclosure action brought by the United States of America.  The United States of America holds a mortgage lien on the real property which is the subject of this action.

This Honorable Court, upon motion of Plaintiff, entered Default against all Defendants on March 15, 2018 [DE 14.]

Counsel for Plaintiff, only through oversight and not with any intention to delay, did not timely file the Motion for Judgment and Order of Sale tendered contemporaneously herewith.

 Counsel for Plaintiff further states that an increasing caseload of foreclosure cases from the United States Department of Agriculture has caused Counsel for Plaintiff to hire additional staff for his office in June 2018 to solely assist with docketing and calendaring of ongoing litigation so as to eliminate such delays in prosecution going forward in all cases before the United States District Court.

With this increased caseload, and staff being brought onboard and being trained in the docketing and calendaring system currently in use, the deadlines for the aforementioned filings in this case were regrettably missed.

Counsel for Plaintiff further states that no prejudice against the Defendants has been caused by Counsel for Plaintiffs lack of diligence in prosecution of this case.

Counsel for Plaintiff apologizes to this Honorable Court for its delay in filing, and respectfully requests that this Court consider its Motion for Judgment and Order of Sale tendered herewith, and that this cause of action remain on the active docket.

                              Respectfully submitted,

                              /s/ A. George Mason, Jr.
                              A. George Mason, Jr.
                              KBA No. 44596
                              Attorney for the Plaintiff
                              3070 Lakecrest Circle
                              Suite 400, PMB 278
                              Lexington, KY 40513

CERTIFICATE OF SERVICE

This will certify that I electronically filed the foregoing into the Court's record of this action by using the Court's CM/ECF Electronic Filing System, and that any order of judgment United States of America proposes in connection therewith is an attachment to the filing.

This will further certify that a true and correct copy of the foregoing, together with a copy of any order or judgment United States of America proposes in connection herewith, has been served as follows:

**-Via U.S. Postal Service, postage prepaid**

NICHOLAS PETERS
24203 88th Ave. E.
Graham, WA 98338

SAMANTHA PETERS
24203 88th Ave. E.
Graham, WA 98338

FEDERATION OF APPALACHIAN
HOUSING ENTERPRISES, INC.
Sara A. Morgan
Registered Agent
319 Oak Street
Berea, KY 40403

                                                      By: /s/ A. George Mason, Jr.
                                                      Attorney for the Plaintiff
                                                      George Mason Law Firm, PSC